IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00213-RPM-MJW

MARGIE KEENER,

    Plaintiff,

v.

CLIENT SERVICES, INC., a Missouri corporation,

    Defendant.

---

**ORDER RE MOTION TO AMEND SCHEDULING ORDER**
( Docket No. 13 )

---

THIS MATTER having come before the Court on Defendant Client Services, Inc.'s Motion to Amend Scheduling Order, and the Court being advised in the premises, it is hereby ORDERED that the Motion is Granted and the Scheduling Order be amended to strike the language "and February 2007" in Section 4(g) so that Section 4(g) states "Defendant and Plaintiff subsequently had communications in an attempt to resolve this unpaid debt in January 2007."

DONE this 7th day of May, 2007.

BY THE COURT:

_____
United States Magistrate Judge Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO